JOSEPH MELI, PLAINTIFF-PETITIONER, v. BOARD OF AD-
JUSTMENT OF THE BOROUGH OF BELMAR, DEFEND-
ANT-RESPONDENT.

*Mr. Abraham R. Klitzman* for the petitioner.

*Mr. Eugene D. Scrpentelli* for the respondent

October 14, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FRANK BENDAR, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for
the petitioner.

*Mr. Robert H. Doherty, Jr.* for the respondent.

October 14, 1969. Denied.